## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In re: Upset Sale, Tax Claim Bureau   :
of Tioga County, Control No. 012488   :
(Martin J. Ostapowicz)   :
   :
Appeal of: Martin J. Ostapowicz   :      No. 1285 C.D. 2022

**PER CURIAM**              **O R D E R**

NOW, January 2, 2024, having considered Appellant's application for reargument and Appellee's answer in response thereto, the application is DENIED.